Larry Miller, Esq.
**GABRIEL KASZOVITZ, ESQ.**
125 State Street, Suite 107
Hackensack, New Jersey 07601
(201) 807-1888

Bruce Robins, Esq.
**FEDER KASZOVITZ LLP**
845 Third Avenue, 11th Floor
New York, New York 10022
(212) 888-8200

*Attorneys for Plaintiff DMG America LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DMG AMERICA, LLC | : |
| Plaintiff, : | 10 Civ. 01461 (WHW) |
| v. : | |
| OMNI DENTAL SUPPLY, INC. and ROSEMOND DENTAL SUPPLY, : | **[PROPOSED] CONSENT ORDER AND PERMANENT INJUNCTION** |
| : | |
| Defendants. | |

**WHEREAS** Plaintiff DMG America, LLC ("DMG America") and Defendants Omni Dental Supply, Inc. ("Omni") and Rosemond Dental Supply ("Rosemond," with Omni and Rosemond, together, referred to herein as "Defendants"), as well as Defendants' "Principals" and "Affiliates" (as defined in a certain confidential Settlement Agreement executed by the parties in connection herewith [the "Settlement Agreement"], who have agreed to be bound by this injunction), have entered into a Settlement Agreement with DMG America;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1

1. For purposes of this Injunction, the terms "Defendants' Affiliates", "Control", and "Defendants' Principals" shall mean the following:

   a. "Defendants' Affiliates" shall mean any person or entity that controls, is controlled by, or is under common control with, either of the Defendants and/or any of the principals of either Defendant.

   b. "Control" shall mean possession of the power to direct or cause the direction of the management and policies of a person or entity whether through ownership of voting securities, by contract, or otherwise.

   c. "Defendants' Principals" shall mean all officers, directors, shareholders, members, and/or beneficial owners of either of the Defendants or any of Defendants' Affiliates.

2. Defendants, Defendants' Principals, and Defendants' Affiliates are hereby permanently enjoined from doing, directly or indirectly, by any means, method, or device whatsoever, any of the following acts:

   a. importing, exporting, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting, or displaying any product bearing the LUXATEMP® mark and/or that practices US Patent No. 5,376,691 (the "'691 Patent") and the other products presently marketed by plaintiff DMG America LLC which are identified on Schedule A appended hereto, other than products purchased from the plaintiff or purchased pursuant to license agreement between either of the Defendants or one of Defendants' Affiliates and the owner of the United States rights to exploit the 691 Patent;

2

  b.  instructing, assisting, aiding, or abetting any other person or entity in engaging in or performing any of the activities referred to in the subparagraph (a) above.

  3.  The Court shall maintain jurisdiction over this matter for the purposes of enforcing the terms of the Settlement Agreement and this Injunction.

Dated: _____

                _____
                The Honorable William H. Walls
                United States District Court Judge

The undersigned hereby
consent to the form and entry
of this Order:

_____    _____
Jeffrey Schreiber, Esq.           Bruce Robins, Esq.
MEISTER SEELIG & FEIN LLP      FEDER KASZOVITZ LLP
*Counsel Defendants Omni Dental Supply, Inc.*  *Counsel for Plaintiff DMG America, Inc.*
*and Rosemond Dental Supply*

2012-2013 DMG America Price List          Effective April 1, 2012- March 31, 2013

| Product / Description | Item # |
|---|---|
| **Icon Infiltration Concept** | |
| Icon Smooth Surface Mini Kit (2 Patient Packs Including: 1-0.3ml Syringe Icon-Etch, 1-0.45ml Syringe Icon-Dry, 1-0.45ml Icon-Infiltrant, 6 Smooth Surface Tips) | 220402 |
| Icon Smooth Surface Cube (7 Patient Packs Including: 1-0.3ml Syringe Icon-Etch, 1-0.45ml Syringe Icon-Dry, 1-0.45ml Icon-Infiltrant, 6 Smooth Surface Tips) | 220403 |
| Icon Proximal Mini Kit (2 Patient Packs Including: 1-0.3ml Syringe Icon-Etch, 1-0.45ml Syringe Icon-Dry, 1-0.45ml Icon-Infiltrant, 6 Proximal Tips, 4 Dental Wedges) | 220400 |
| Icon Proximal Cube (7 Patient Packs Including: 1-0.3ml Syringe Icon-Etch, 1-0.45ml Syringe Icon-Dry, 1-0.45ml Icon-Infiltrant, 6 Proximal Tips, 4 Dental Wedges) | 220401 |
| **Honigum Automix & MixStar** | |
| Honigum MixStar Heavy (1-380ml Cartridge, 10 MixStar Mixing Tips) | 999537 |
| Honigum Automix Heavy (4-50ml Cartridges, 12 Automix Tips) | 999766 |
| Honigum MixStar Mono (1-380ml Cartridge, 10 MixStar Mixing Tips) | 999568 |
| Honigum Automix Mono (4-50ml Cartridges, 12 Automix and Intra-Oral Tips) | 999830 |
| Honigum Automix Light (4-25ml Cartridges, 16 Automix and Intra-Oral Tips) | 999539 |
| Honigum MixStar QuadFast Heavy (1-380ml Cartridge, 10 MixStar Tips) | 999638 |
| Honigum Automix QuadFast Heavy (4-50ml Cartridges, 12 Automix Tips) | 999838 |
| Honigum Automix QuadFast Light (4-25ml Cartridges, 16 Automix and Intra-Oral Tips) | 999639 |
| Honigum MixStar Putty (1-380ml Cartridge, 10 MixStar Mixing Tips) | 999374 |
| **Honigum Pro Automix & MixStar** | |
| Honigum Pro MixStar Heavy (1-380ml Cartridge, 10 MixStar Mixing Tips) | 989537 |
| Honigum Pro Automix Heavy (4-50ml Cartridges, 8 Automix Tips) | 989766 |
| Honigum Pro MixStar Mono (1-380ml Cartridge, 10 MixStar Mixing Tips) | 989568 |
| Honigum Pro Automix Mono (4-50ml Cartridges, 12 Automix and Intra-Oral Tips) | 989830 |
| Honigum Pro Automix Light (4-25ml Cartridges, 10 Automix and Intra-Oral Tips) | 989539 |
| Honigum Pro MixStar Heavy QuadFast (1-380ml Cartridge, 10 MixStar Tips) | 989638 |
| Honigum Pro Automix Heavy QuadFast (4-50ml Cartridges, 8 Automix Tips) | 989838 |
| Honigum Pro Automix Light QuadFast (4-25ml Cartridges, 10 Automix and Intra-Oral Tips) | 989639 |
| Honigum Pro MixStar Putty (1-380ml Cartridge, 10 MixStar Mixing Tips) | 989374 |
| Honigum Pro Automix Light 50ml (2-50ml Cartridges, 10 Automix and Intra-Oral Tips) | 989831 |
| Honigum Pro Automix Light QuadFast 50ml (2-50ml Cartridges, 10 Automix and Intra-Oral Tips) | 989832 |
| Type 50 1:1 Applicator Gun (1 Gun) | 999507 |
| Type 25 1:1 Applicator Gun (1 Gun) | 110253 |
| Honigum Pro Automix Tips (Bag of 50 Tips) | 999400 |
| Intra-Oral Tips - Honigum Pro Automix Mono (Bag of 50 Tips) | 999490 |
| MixStar Mixing Tips (Box of 50 Tips) | 999567 |
| Automix/Intra-Oral Mixing Tips (Bag of 35 Each) | 110424 |
| MixStar eMotion Machine (1 Mixing Machine Unit) | 999482 |
| **Tray Adhesive** | |
| Tray Adhesive (1-10ml Bottle) | 999394 |
| **StatusBlue** | |
| StatusBlue MixStar (1-380ml Cartridge, 10 MixStar Mixing Tips) | 999693 |
| StatusBlue Automix Canister (7 + 1 FREE 50ml Cartridges, 16 Automix Tips) | 999826 |
| StatusBlue Automix Tips (Bag of 25) | 999797 |
| Type 50 4:1/10:1 Applicator Gun (1 Gun) | 110411 |
| **O-Bite** | |
| O-Bite (4-50ml Cartridges and 15 Automix Tips) | 999765 |
| O-Bite Automix Tips (Bag of 50) | 999202 |
| Type 50 1:1 Applicator Gun (1 Gun) | 999507 |
| **LuxaBite** | |
| LuxaBite Refill Kit (1-50ml Cartridge, 15 Automix Tips) | 110560 |
| LuxaBite Mixing Tips (Bag of 25) | 110609 |
| Type 50 4:1/10:1 Applicator Gun (1 Gun) | 110411 |
| **LuxaPost** | |
| LuxaPost Intro Kit (5 - 1.25mm posts, 5-1.375mm posts, 5-1.5mm posts, 1-1.25mm drill, 1-1.375mm drill, 1-1.5mm drill, 30-Silicone Stops, 1 - Measuring Card) | 110780 |
| LuxaPost Refill Kit - 1.25mm (5-1.25mm Posts) | 110781 |
| LuxaPost Refill Kit - 1.375mm (5-1.375mm Posts) | 110782 |
| LuxaPost Refill Kit - 1.5mm (5-1.5mm Posts) | 110783 |

2012-2013 DMG America Price List          Effective April 1, 2012- March 31, 2013

| Product / Description | Item # |
|---|---|
| Drill Refill Kit - 1.25mm *(1-1.25mm Drill)* | 110734 |
| Drill Refill Kit - 1.375mm *(1-1.375mm Drill)* | 110735 |
| Drill Refill Kit - 1.5mm *(1-1.5mm Drill)* | 110736 |

2012-2013 DMG America Price List    Effective April 1, 2012- March 31, 2013

| Product / Description | Item # |
|---|---|
| **Spirapost PFS** | |
| Spirapost PFS Introductory Package (10 tapered posts, 10 parallel posts, 1 #4 Gates Glidden, 1#5 Gates Glidden and 1 Spirapost ruler) | 888100 |
| Spirapost PFS Parallel Refill Package (10 parallel posts, 1 #5 Gates Glidden) | 888101 |
| Spirapost PFS Tapered Refill Package (10 tapered posts, 1 #4 Gates Glidden) | 888102 |
| Spirapost PFS Ruler (1 ruler) | 888103 |
| **Silane** | |
| Silane (1-3ml Silane, 1-3ml Activator, 50-Single-Use Brushes, 1 - Brush Holder) | 213118 |
| **LuxaCore Dual** | |
| LuxaCore Dual Introductory Kit - Blue (1-50gm Cartridge, 1-Type 25 Applicator Gun, 35 Automix Tips and 35 Intra-Oral Tips) | 212058 |
| LuxaCore Dual Introductory Kit - Natural (A3) (1-50gm Cartridge, 1-Type 25 Applicator Gun, 35 Automix Tips and 35 Intra-Oral Tips) | 212033 |
| LuxaCore Dual Introductory Kit - White (1-50gm Cartridge, 1-Type 25 Applicator Gun, 35 Automix Tips and 35 Intra-Oral Tips) | 212127 |
| LuxaCore Dual Automix Refill Kit - Blue (1-50gm Cartridge, 35 Automix Tips and 35 Intra-Oral Tips) | 212012 |
| LuxaCore Dual Automix Refill Kit - Natural (A3) (1-50gm Cartridge, 35 Automix Tips and 35 Intra-Oral Tips) | 212011 |
| LuxaCore Dual Automix Refill Kit - White (1-50gm Cartridge, 35 Automix Tips and 35 Intra-Oral Tips) | 212126 |
| LuxaCore Dual Smartmix - Blue (2-9gm Syringes, 10 Smartmix Tips and 10 Intra-Oral Tips) | 212038 |
| LuxaCore Dual Smartmix - Natural (A3) (2-9gm Syringes, 10 Smartmix Tips and 10 Intra-Oral Tips) | 212039 |
| LuxaCore Dual Smartmix - White (2-9gm Syringes, 10 Smartmix Tips and 10 Intra-Oral Tips) | 212064 |
| LuxaCore Z-Dual Automix Refill Kit - Natural (A3) (1-48gm Cartridge, 35 Automix Tips and 35 Intra-Oral Tips) | 213330 |
| LuxaCore Z-Dual Automix Refill Kit - Blue (1-48gm Cartridge, 35 Automix Tips and 35 Intra-Oral Tips) | 213331 |
| LuxaCore Z-Dual Automix Refill Kit - Light Opaque (1-48gm Cartridge, 35 Automix Tips and 35 Intra-Oral Tips) | 213332 |
| LuxaCore Z-Dual Smartmix - Natural (A3) (2-9gm Syringes, 10 Smartmix Tips and 10 Intra-Oral Tips) | 213334 |
| LuxaCore Z-Dual Smartmix - Blue (2-9gm Syringes, 10 Smartmix Tips and 10 Intra-Oral Tips) | 213335 |
| LuxaCore Z-Dual Smartmix - Light Opaque (2-9gm Syringes, 10 Smartmix Tips and 10 Intra-Oral Tips) | 213336 |
| Type 25 1:1 Applicator Gun (1 Gun) | 110253 |
| Automix / Intra-Oral Mixing Tips (Bag of 35 Each) | 110424 |
| Smartmix / Intra-Oral Tips (Bag of 50 Each) | 212042 |
| **Luxatemp Ultra** | |
| Luxatemp Ultra Automix Kit - A1 (1-76gm Cartridge, 15 Automix Tips) | 110906 |
| Luxatemp Ultra Automix Kit - A2 (1-76gm Cartridge, 15 Automix Tips) | 110907 |
| Luxatemp Ultra Automix Kit - A3 (1-76gm Cartridge, 15 Automix Tips) | 110908 |
| Luxatemp Ultra Automix Kit - A3.5 (1-76gm Cartridge, 15 Automix Tips) | 110909 |
| Luxatemp Ultra Automix Kit - B1 (1-76gm Cartridge, 15 Automix Tips) | 110910 |
| Luxatemp Ultra Automix Kit - BL (1-76gm Cartridge, 15 Automix Tips) | 110911 |
| Luxatemp Ultra Smartmix - A2 (1-15gm Syringe, 10 Smartmix Tips) | 110901 |
| Luxatemp Ultra Smartmix - B1 (1-15gm Syringe, 10 Smartmix Tips) | 110904 |
| Luxatemp Ultra Smartmix - BL (1-15gm Syringe, 10 Smartmix Tips) | 110905 |
| Type 50 10:1/4:1 Applicator Gun (1 Gun) | 110411 |
| Luxatemp Automix Tips (Bag of 25) | 110351 |
| Luxatemp Smartmix Tips (Bag of 25) | 110728 |

2012-2013 DMG America Price List        Effective April 1, 2012- March 31, 2013

| Product / Description | Item # |
|---|---|
| **Luxatemp Automix Plus** | |
| Luxatemp Automix Plus Introductory Kit - A2 (1-76gm Cartridge, 15 Automix Tips, 1-Type 50 Applicator Gun) | 110400 |
| Luxatemp Automix Plus Refill Kit - A1 (1-76gm Cartridge, 15 Automix Tips) | 110401 |
| Luxatemp Automix Plus Refill Kit - A2 (1-76gm Cartridge, 15 Automix Tips) | 110402 |
| Luxatemp Automix Plus Refill Kit - A3.5 (1-76gm Cartridge, 15 Automix Tips) | 110403 |
| Luxatemp Automix Plus Refill Kit - B1 (1-76gm Cartridge, 15 Automix Tips) | 110404 |
| Luxatemp Automix Plus Refill Kit - Bleach Light (1-76gm Cartridge, 15 Automix Tips) | 110368 |
| Luxatemp Automix Plus Bulk Pack - A2 (5-76gm Cartridges, 75 Automix Tips) | 110406 |
| Type 50 10:1/4:1 Applicator Gun (1 Gun) | 110411 |
| Luxatemp Automix Mixing Tips (Bag of 25) | 110351 |
| **Luxatemp Fluorescence** | |
| Luxatemp Fluorescence Refill Kit - A1 (1-76gm Cartridge, 15 Automix Tips) | 110585 |
| Luxatemp Fluorescence Refill Kit - A2 (1-76gm Cartridge, 15 Automix Tips) | 110586 |
| Luxatemp Fluorescence Refill Kit - A3 (1-76gm Cartridge, 15 Automix Tips) | 110710 |
| Luxatemp Fluorescence Refill Kit - A3.5 (1-76gm Cartridge, 15 Automix Tips) | 110587 |
| Luxatemp Fluorescence Refill Kit - B1 (1-76gm Cartridge, 15 Automix Tips) | 110588 |
| Luxatemp Fluorescence Refill Kit - BL (1-76gm Cartridge, 15 Automix Tips) | 110589 |
| Luxatemp Fluorescence Smartmix - A2 (1-15gm Syringe, 10 Smartmix Tips) | 110719 |
| Luxatemp Fluorescence Smartmix - B1 (1-15gm Syringe, 10 Smartmix Tips) | 110722 |
| Luxatemp Fluorescence Smartmix - BL (1-15gm Syringe, 10 Smartmix Tips) | 110723 |
| Type 50 10:1/4:1 Applicator Gun (1 Gun) | 110411 |
| Luxatemp Automix Tips (Bag of 25) | 110351 |
| Luxatemp Smartmix Tips (Bag of 25) | 110728 |
| **Luxatemp Solar** | |
| Luxatemp Solar Refill Kit - A2 (1-76gm Cartridge, 15 Automix Tips) | 110360 |
| Type 50 10:1 Applicator Gun (1 Gun) | 110411 |
| Luxatemp Automix Tips (Bag of 25) | 110351 |
| **LuxaFlow** | |
| LuxaFlow Introductory Kit (1-1.5gm Syringe each of A1, A2, A3.5, B1 and 20 Syringe Tips) | 211751 |
| LuxaFlow Refill Kit - A1 (Light) (2-1.5gm Syringes, 10 Syringe Tips) | 211753 |
| LuxaFlow Refill Kit - A2 (Universal) (2-1.5gm Syringes, 10 Syringe Tips) | 211754 |
| LuxaFlow Refill Kit - A3.5 (Dark) (2-1.5gm Syringes, 10 Syringe Tips) | 211755 |
| LuxaFlow Refill Kit - B1 (Ultra-Lite) (2-1.5gm Syringes, 10 Syringe Tips) | 211756 |
| LuxaFlow Syringe Tips (Bag of 20) | 211759 |
| **LuxaFlow Ultra** | |
| LuxaFlow Ultra Introductory Kit (1-1.5gm Syringe each of A1, A2, A3.5, B1 and 20 Syringe Tips) | 224000 |
| LuxaFlow Ultra Refill Kit - A1 (2-1.5gm Syringes, 10 Syringe Tips) | 224001 |
| LuxaFlow Ultra Refill Kit - A2 (2-1.5gm Syringes, 10 Syringe Tips) | 224002 |
| LuxaFlow Ultra Refill Kit - A3 (2-1.5gm Syringes, 10 Syringe Tips) | 224003 |
| LuxaFlow Ultra Refill Kit - A3.5 (2-1.5gm Syringes, 10 Syringe Tips) | 224004 |
| LuxaFlow Ultra Refill Kit - B1 (2-1.5gm Syringes, 10 Syringe Tips) | 224005 |
| LuxaFlow Syringe Tips (Bag of 20) | 211759 |
| **LuxaFlow Fluorescence** | |
| LuxaFlow Fluorescence Introductory Kit (1-1.5gm Syringe each of A1, A2, A3.5, B1 and 20 Syringe Tips) | 220303 |
| LuxaFlow Fluorescence Refill Kit - A1 (2-1.5gm Syringes, 10 Syringe Tips) | 220300 |
| LuxaFlow Fluorescence Refill Kit - A2 (2-1.5gm Syringes, 10 Syringe Tips) | 220301 |
| LuxaFlow Fluorescence Refill Kit - A3 (2-1.5gm Syringes, 10 Syringe Tips) | 220306 |
| LuxaFlow Fluorescence Refill Kit - A3.5 (2-1.5gm Syringes, 10 Syringe Tips) | 220302 |
| LuxaFlow Fluorescence Refill Kit - B1 (2-1.5gm Syringes, 10 Syringe Tips) | 220304 |
| LuxaFlow Syringe Tips (Bag of 20) | 211759 |
| **LuxaGlaze** | |
| LuxaGlaze Kit (1-5ml Dropper Bottle, Mixing Palette, 25 Soft Disposable Applicator Brushes) | 212075 |
| **Vitique** | |
| Vitique Complete Introductory Kit (8-6gm Base Shades, 8-3.9gm Try-In Paste, 2 Catalyst Cata-Lock Syringes (high & low viscosity), 2-1.3 gm Try-In Paste Catalyst shades, 100 Veneer Tips and 25 Smartmix Tips 4:1) | 213013 |
| Vitique Starter Kit (1-6gm Transparent Base Paste, 1-6 gm Bleach Light Base Paste, 1-1.9gm Low Viscosity Cata-Lock Syringe, 20 Veneer Tips, and 10 Smartmix Tips 4:1) | 213061 |
| Vitique Base Refill Syringe A1 (1-6gm Syringe and 10 Veneer Tips) | 213038 |
| Vitique Base Refill Syringe A2.5 (1-6gm Syringe and 10 Veneer Tips) | 213039 |

DMG America, LLC 242 S. Dean Street, Englewood, NJ 07631 - 800-662-6383 - FAX 201-894-0213 - www.dmg-america.com

2012-2013 DMG America Price List    Effective April 1, 2012- March 31, 2013

| Product / Description | Item # |
|---|---|
| Vitique Base Refill Syringe A4 (1-6gm Syringe and 10 Veneer Tips) | 213040 |
| Vitique Base Refill Syringe B1 (1-6gm Syringe and 10 Veneer Tips) | 213041 |
| Vitique Base Refill Syringe Bleach Light (1-6gm Syringe and 10 Veneer Tips) | 213042 |
| Vitique Base Refill Syringe Transparent (1-6gm Syringe and 10 Veneer Tips) | 213043 |
| Vitique Base Refill Syringe White (1-6gm Syringe and 10 Veneer Tips) | 213044 |
| Vitique Base Refill Syringe Pink (1-6gm Syringe and 10 Veneer Tips) | 213045 |
| Vitique Catalyst Refill High Viscosity (1-2.1gm Cata-Lock Syringe and 10 Smartmix Tips) | 213046 |
| Vitique Catalyst Refill Low Viscosity (1-1.9gm Cata-Lock Syringe and 10 Smartmix Tips) | 213047 |
| Vitique Try-In Refill Syringe A1 (1-3.9gm Syringe and 10 Veneer Tips) | 213048 |
| Vitique Try-In Refill Syringe A2.5 (1-3.9gm Syringe and 10 Veneer Tips) | 213049 |
| Vitique Try-In Refill Syringe A4 (1-3.9gm Syringe and 10 Veneer Tips) | 213050 |
| Vitique Try-In Refill Syringe B1 (1-3.9gm Syringe and 10 Veneer Tips) | 213051 |
| Vitique Try-In Refill Syringe Bleach Light (1-3.9gm Syringe and 10 Veneer Tips) | 213052 |
| Vitique Try-In Refill Syringe Transparent (1-3.9gm Syringe and 10 Veneer Tips) | 213053 |
| Vitique Try-In Refill Syringe White (1-3.9gm Syringe and 10 Veneer Tips) | 213054 |
| Vitique Try-In Refill Syringe Pink (1-3.9gm Syringe and 10 Veneer Tips) | 213055 |
| Vitique Try-In Catalyst Refill (1-1.3gm Syringe and 10 Smartmix Tips) | 213056 |
| Vitique Veneer Applicator Tips (Bag of 100) | 213057 |
| Smartmix Tips 4:1 (Bag of 50) | 213058 |

DMG America, LLC 242 S. Dean Street, Englewood, NJ 07631 - 800-662-6383 - FAX 201-894-0213 - www.dmg-america.com

2012-2013 DMG America Price List            Effective April 1, 2012- March 31, 2013

| Product / Description | Item # |
|---|---|
| **TempoCem** | |
| TempoCem Automix Refill Kit *(1-63gm Cartridge and 40 Automix Tips)* | 110300 |
| TempoCem NE Automix Refill Kit *(1-60gm Cartridge and 40 Automix Tips)* | 110302 |
| TempoCem Soft Automix Refill Kit *(1-63gm Cartridge and 40 Automix Tips)* | 110303 |
| TempoCem NE SmartMix *(2-11gm Syringes and 10 Smartmix Tips)* | 212104 |
| TempoCem SmartMix *(2-11gm Syringes and 10 Smartmix Tips)* | 212129 |
| Smartmix Mixing Tips *(Bag of 50)* | 212040 |
| Automix Mixing Tips *(Bag of 50)* | 110266 |
| Type 25 1:1 Applicator Gun *(1 Gun)* | 110253 |
| **PermaCem** | |
| PermaCem Refill Kit- B1 Opaque *(1-45gm Cartridge and 40 Automix Tips)* | 110472 |
| PermaCem Dual Automix Refill Kit - Transparent *(1-52gm Cartridge and 40 Automix Tips)* | 110525 |
| PermaCem Dual Smartmix *(2-10gm Syringes and 10 Smartmix Tips)* | 212035 |
| Smartmix Mixing Tips *(Bag of 50)* | 212040 |
| Automix Mixing Tips *(Bag of 50)* | 110266 |
| Type 25 1:1 Applicator Gun *(1 Gun)* | 110253 |
| **LuxaBond Total Etch** | |
| LuxaBond Total Etch Intro Kit *(1-5ml bottle Pre-Bond, 1-5ml bottle Bond A, 1-5ml bottle Bond B, 1-2ml Syringe Etch Gel Medium Viscosity, 25 - Red Endobrushes, 25 - Black Endobrushes, 3 - Luer-Lock Tips, 1 Mixing Palette)* | 212384 |
| LuxaBond Endo Brush Refill *(25 - Red Endobrushes)* | 212385 |
| **Teco Total Etch Control Bond** | |
| Teco Bond *(60 unit-dose packages, 1-syringe Etching Gel Medium Viscosity)* | 213320 |
| **Contax** | |
| Contax Intro with Activator *(5ml Bottle - Primer, 5ml Bottle - Bond, 5ml Bottle Activator, 1-Plastic Mixing Well Pad, 50 Single-Use Brushes)* | 220282 |
| Refill Primer *(1 - 5ml Bottle)* | 220281 |
| Refill Bond *(1 - 5ml Bottle)* | 220284 |
| Refill Activator *(1 - 5ml Bottle)* | 220283 |
| Single-Use Brushes *(25 Brushes)* | 109320 |
| **Kolorz - ClearShield** | |
| Kolorz ClearShield Fluoride Varnish - Watermelon 35 pk *(35 unit-dose packages)* | 799501 |
| Kolorz ClearShield Fluoride Varnish - Bubblegum 35 pk *(35 unit-dose packages)* | 799503 |
| Kolorz ClearShield Fluoride Varnish - Mint 35 pk *(35 unit-dose packages)* | 799506 |
| Kolorz ClearShield Fluoride Varnish - Watermelon 200 pk *(200 unit-dose packages)* | 799502 |
| Kolorz ClearShield Fluoride Varnish - Bubblegum 200 pk *(200 unit-dose packages)* | 799504 |
| Kolorz ClearShield Fluoride Varnish - Mint 200 pk *(200 unit-dose packages)* | 799507 |
| **Kolorz - Prophy Paste** | |
| Kolorz Prophy Paste - Triple Mint, Fine Grit *(200 unit-dose cups)* | 788401 |
| Kolorz Prophy Paste - Triple Mint, Medium Grit *(200 unit-dose cups)* | 788402 |
| Kolorz Prophy Paste - Triple Mint, Coarse Grit *(200 unit-dose cups)* | 788403 |
| Kolorz Prophy Paste - Triple Mint, X-tra Coarse Grit *(200 unit-dose cups)* | 788404 |
| Kolorz Prophy Paste - Cherry Burst, Medium Grit *(200 unit-dose cups)* | 788406 |
| Kolorz Prophy Paste - Cherry Burst, Coarse Grit *(200 unit-dose cups)* | 788407 |
| Kolorz Prophy Paste - Bubblegum, Fine Grit *(200 unit-dose cups)* | 788417 |
| Kolorz Prophy Paste - Carnival Pak, Fine Grit *(100 unit-dose cups Cotton Candy, 100 unit-dose cups Blue Raspberry)* | 788408 |
| Kolorz Prophy Paste - Carnival Pak, Medium Grit *(100 unit-dose cups Cotton Candy, 100 unit-dose cups Blue Raspberry)* | 788409 |
| Kolorz Prophy Paste - Assorted Cinnamon & Mint, Medium Grit *(100 unit-dose cups Cinnamon, 100 unit-dose cups Mint)* | 788415 |
| Kolorz Prophy Paste - Assorted Cinnamon & Mint, Coarse Grit *(100 unit-dose cups Cinnamon, 100 unit-dose cups Mint)* | 788416 |
| **Kolorz - Sixty Second Fluoride Foam** | |
| Kolorz Sixty Second Fluoride Foam - Triple Mint *(4.4oz can)* | 766201 |
| Kolorz Sixty Second Fluoride Foam - Cherry Cheesecake *(4.4oz can)* | 766202 |
| Kolorz Sixty Second Fluoride Foam - Cotton Candy *(4.4oz can)* | 766203 |
| Kolorz Sixty Second Fluoride Foam - Blue Raspberry *(4.4oz can)* | 766204 |

2012-2013 DMG America Price List            Effective April 1, 2012- March 31, 2013

| Product / Description | Item # |
|---|---|
| **Kolorz - Neutral Fluoride Foam** | |
| Kolorz Neutral Fluoride Foam - Triple Mint *(4.4oz can)* | 766205 |
| **Kolorz - Sixty Second Fluoride Gel** | |
| Kolorz Sixty Second Fluoride Gel - Triple Mint *(16oz bottle)* | 777301 |
| Kolorz Sixty Second Fluoride Gel - Cherry Cheesecake *(16oz bottle)* | 777302 |
| Kolorz Sixty Second Fluoride Gel - Cotton Candy *(16oz bottle)* | 777303 |
| Kolorz Sixty Second Fluoride Gel - Blue Raspberry *(16oz bottle)* | 777304 |
| Kolorz Sixty Second Fluoride Gel - Piña Colada *(16oz bottle)* | 777305 |
| **Kolorz - Topical Anesthetic Gel** | |
| Kolorz Topical Anesthetic Gel - Triple Mint *(1 oz jar)* | 755101 |
| Kolorz Topical Anesthetic Gel - Cherry Burst *(1 oz jar)* | 755102 |
| Kolorz Topical Anesthetic Gel - Cotton Candy *(1 oz jar)* | 755103 |
| Kolorz Topical Anesthetic Gel - Blue Raspberry *(1 oz jar)* | 755104 |
| Kolorz Topical Anesthetic Gel - Piña Colada *(1 oz jar)* | 755105 |
| **EcuSeal** | |
| EcuSeal Intro Kit *(50 Mikro-Tips Sealant, 50 Mikro Tips Etchant and 2 Ecu-Pen Applicators)* | 211158 |
| EcuSeal Refill Kit *(50 Mikro-Tips Sealant)* | 211159 |
| Ecusit Etch Refill Kit *(50 Mikro-Tips Etchant )* | 211160 |
| Cream Color Ecu-Pen *(1 Ecu-Pen Applicator)* | 210874 |
| **Ionosit Microspand** | |
| Ionosit Microspand Office Pack *(2 Operatory Trays. Each Contains: 5-0.3gm Syringes and 1 Applicator Pad)* | 210911 |
| **Amalgamators** | |
| Variable Speed *(9-1/2" (L) x 7-1/2 (W) x 4" (H))* | 61033 |
| SpeedStir Digital Amalgamator *(8" (L) x 7-1/4" (W) x 5-1/4" (H))* | 61034 |
| **Premium Disp. Phase Alloy - FAST SET** | |
| 50 Capsules - Single Spill *(Cap: Green, Body: White)* | 61009 |
| 50 Capsules - Double Spill *(Cap: Dark Blue, Body: White)* | 61013 |
| 50 Capsules - Triple Spill *(Cap: Yellow, Body: White)* | 61017 |
| 100 Capsules - Single Spill *(Cap: Green, Body: White)* | 61207 |
| 100 Capsules - Double Spill *(Cap: Dark Blue, Body: White)* | 61209 |
| 100 Capsules - Triple Spill *(Cap: Yellow, Body: White)* | 61211 |
| 500 Capsules - Single Spill *(Cap: Green, Body: White)* | 61021 |
| 500 Capsules - Double Spill *(Cap: Dark Blue, Body: White)* | 61025 |
| 500 Capsules - Triple Spill *(Cap: Yellow, Body: White)* | 61029 |
| 5 oz Dispersed Phase Powder *(5 Troy oz. Powder Bottle)* | 61001 |
| 5 oz Dispersed Phase Pellets *(5 Troy oz. Pellets)* | 61005 |
| **Premium Disp. Phase Alloy - REG. SET** | |
| 50 Capsules - Single Spill *(Cap: Gray, Body: Green)* | 61008 |
| 50 Capsules - Double Spill *(Cap: Gray, Body: Dark Blue)* | 61012 |
| 50 Capsules - Triple Spill *(Cap: Gray, Body: Yellow)* | 61016 |
| 100 Capsules - Single Spill *(Cap: Gray, Body: Green)* | 61206 |
| 100 Capsules - Double Spill *(Cap: Gray, Body: Dark Blue)* | 61208 |
| 100 Capsules - Triple Spill *(Cap: Gray, Body: Yellow)* | 61210 |
| 500 Capsules - Single Spill *(Cap: Gray, Body: Green)* | 61020 |
| 500 Capsules - Double Spill *(Cap: Gray, Body: Dark Blue)* | 61024 |
| 500 Capsules - Triple Spill *(Cap: Gray, Body: Yellow)* | 61028 |
| 5 oz Dispersed Phase Powder *(5 Troy oz. Powder Bottle)* | 60000 |
| 5 oz Dispersed Phase Pellets *(5 Troy oz. Pellets)* | 61004 |

2012-2013 DMG America Price List          Effective April 1, 2012- March 31, 2013

| Product / Description | Item # |
|---|---|
| **Type - T High Copper Spherical Alloy** | |
| 50 Capsules - Single Spill *(Cap: Aqua, Body: Royal Blue)* | 61039 |
| 50 Capsules - Double Spill *(Cap: Aqua, Body: Grey)* | 61040 |
| 50 Capsules - Triple Spill *(Cap: Aqua, Body: White)* | 61041 |
| 100 Capsules - Single Spill *(Cap: Aqua, Body: Royal Blue)* | 61047 |
| 100 Capsules - Double Spill *(Cap: Aqua, Body: Grey)* | 61048 |
| 100 Capsules - Triple Spill *(Cap: Aqua, Body: White)* | 61049 |
| 500 Capsules - Single Spill *(Cap: Aqua, Body: Royal Blue)* | 61035 |
| 500 Capsules - Double Spill *(Cap: Aqua, Body: Grey)* | 61036 |
| 500 Capsules - Triple Spill *(Cap: Aqua, Body: White)* | 61037 |
| **Royale High Copper Disp. Phase Alloy** | |
| 50 Capsules - Single Spill *(Cap: Green, Body: Green)* | 65007 |
| 50 Capsules - Double Spill *(Cap: Dark Blue, Body: Dark Blue)* | 65008 |
| 50 Capsules - Triple Spill *(Cap: Yellow, Body: Yellow)* | 65009 |
| 100 Capsules - Single Spill *(Cap: Green, Body: Green)* | 65103 |
| 100 Capsules - Double Spill *(Cap: Dark Blue, Body: Dark Blue)* | 65104 |
| 100 Capsules - Triple Spill *(Cap: Yellow, Body: Yellow)* | 65105 |
| 500 Capsules - Single Spill *(Cap: Green, Body: Green)* | 65013 |
| 500 Capsules - Double Spill *(Cap: Dark Blue, Body: Dark Blue)* | 65014 |
| 500 Capsules - Triple Spill *(Cap: Yellow, Body: Yellow)* | 65015 |
| **Zekrya Gingival Protector** | |
| Zekrya Kit *(1 Swivel Handle, 10 Small Arcs, 10 Large Arcs)* | 61096 |
| Small Arcs *(Bag of 10 Arcs)* | 61097 |
| Large Arcs *(Bag of 10 Arcs)* | 61098 |
| **The I.B. Brush** | |
| Fine *(Box of 144)* | 61910 |
| Standard *(Box of 144)* | 61911 |
| Assorted *(Box of 144 (72 Fine, 72 Standard))* | 61912 |
| **Natural Cure Composite** | |
| Natural Cure Composite 28gm Kit *(14gm Base, 14gm Catalyst, 100 Disposable Mixing Spatulas and 2 Coated Mixing Pads)* | 61050 |
| **Core Build-Up Material** | |
| Core Build-Up 28gm Kit *(14gm Catalyst, 14gm Base, 2 Mixing Pads and 50 Disposable Mixing Spatulas)* | 61055 |
| **Etch Gel** | |
| 40% Etch Gel Kit *(4-1.2ml Syringes, 20 Micro Etch Tips)* | 61901 |
| Etch Gel Micro Tips *(Bag of 20)* | 61903 |
| **Gutta Percha Points** | |
| ISO Standard Gutta Percha Box of 120 *(Sizes XF - L)* | 76000-76007 |

2012-2013 DMG America Price List          Effective April 1, 2012- March 31, 2013

| Product / Description | Item # |
|---|---|
| **Absorbent Paper Points** | |
| Conventional Cell Packs (200 Count) *(Sizes XXF - X-Coarse)* | 78000-78006 |
| **Anterior/Posterior Composite** | |
| Refill Kit - Universal *(1-3gm Syringe)* | 61181 |
| **Accessories** | |
| Disposable Brush Tips *(Package of 100)* | 61102 |
| Brush Handles *(Package of 2)* | 61103 |
| Placement Tools *(Package of 2)* | 61104 |
| Mixing Pads *(Package of 4)* | 61105 |
| Mixing Wells *(Package of 10)* | 61106 |
| Placement Straws *(Package of 100)* | 61107 |
| Spatulas *(Package of 50)* | 61108 |